1548

error coram nobis denied. Present—Scudder, P.J., Fahey, Peradotto and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEVE STROMAN, Appellant. [896 NYS2d 277]—Motion for writ of error coram nobis denied. Present—Smith, J.P., Centra, Green and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WALLACE R. SCHROM, Appellant. [896 NYS2d 277]—Motion for writ of error coram nobis denied. Present—Fahey, J.P., Carni, Green and Gorski, JJ.

■ GRIFFITH OIL COMPANY, INC., et al., Appellants, v NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., Respondent, et al., Defendants. (Appeal No. 2.) [896 NYS2d 277]—Motion for reargument denied; motion for leave to appeal to the Court of Appeals granted. Present—Scudder, P.J., Peradotto, Green and Gorski, JJ.

■ YASMIN KABIR, Appellant, v COUNTY OF MONROE et al., Respondents. [896 NYS2d 277]—Motion for reargument denied. Present—Scudder, P.J., Peradotto, Carni and Gorski, JJ.

■ YASMIN KABIR, Appellant, v COUNTY OF MONROE et al., Respondents. [896 NYS2d 276]—Motion for leave to appeal to the Court of Appeals granted. Present—Scudder, P.J., Peradotto, Carni and Gorski, JJ.

■ ALAN J. HERDZIK, Individually and as Parent and Natural Guardian of SCOTT HERDZIK, Appellant-Respondent, v TOM CHOJNACKI et al., Respondents, and JAMES LOMMER, SR., et al., Respondents-Appellants, et al., Defendants. JAMES LOMMER, SR., et al., Third-Party Plaintiffs, v HOWARD MICHEL et al., Third-Party Defendants-Respondents. (Appeal No. 1.) [896 NYS2d 277]—Motion for reargument denied. Present—Scudder, P.J., Smith, Centra and Fahey, JJ.

■ ALAN J. HERDZIK, Individually and as Parent and Natural Guardian of SCOTT HERDZIK, Appellant, v JAMES LOMMER, SR., et al., Respondents. (Appeal No. 2.) [896 NYS2d 277]—Motion for reargument denied. Present—Scudder, P.J., Smith, Centra and Fahey, JJ.

■ GARY M. DISCHIAVI et al., Appellants, v WILLIAM S. CALLI et al., Respondents. (Appeal No. 1.) [896 NYS2d 277]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Smith, J.P., Peradotto, Green, Pine and Gorski, JJ.

■ GARY M. DISCHIAVI et al., Appellants, v WILLIAM S. CALLI et al., Respondents, et al., Defendants. (Appeal No. 2.) [896 NYS2d